| PROB 22 (CAEP) (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 0972 2:22CR00225-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00281-RFB-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT E-CA | DIVISION Sacramento |
|---|---|---|---|
| Darryl Lynn Kauffman<br>Las Vegas, Nevada *(City/State only)* | X FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>SEPTEMBER 10, 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: /s/ RJDG  DEPUTY | NAME OF SENTENCING JUDGE<br>United States District Judge Dena Coggins | |
| | | DATES OF PROBATION / SUPERVISED RELEASE<br>Supervised Release | FROM 8/12/2025 — TO 8/11/2027 |

**OFFENSE**

Counts 1-3, 6, 9-10: Wire Fraud (CLASS C FELONIES)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision has been a resident of Nevada for many years and has no plans on moving.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ CALIFORNIA _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Nevada _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/29/25
*Date*

*signature*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/12/2025
*Effective Date*

*signature*
*United States District Judge*

CC:     United States Attorney

1

1/23/2024 CAEP

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Darryl Lynn Kauffman

Case No.:  2:25-cr-00281-RFB-DJA

**REQUESTING ACCEPTANCE OF JURISDICTION**

September 4, 2025

TO: United States District Judge

On August 6, 2025, Kauffman was sentenced in the Eastern District of California by the Honorable Dena Coggins to 37 months custody followed by 24 months supervised release for committing the offense of Wire Fraud. Kauffman is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Dena Coggins, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.09.10 13:42:49 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.09.10 10:38:36 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer